IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY CLINTON GROFF, JR., | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 09-3095 |
| | : | |
| WARDEN GUARINI, et al., | : | |
| Respondents | : | |

**O R D E R**

**AND NOW**, this   7th   day of October, 2009, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, there being no objections filed thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of *habeas corpus* is DISMISSED without prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.